FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2012 SEP 19 PM 3:39

MIDDLE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 6:12-cr-233-ORL-31-6JK
                                               18 U.S.C. § 472

TRAVIS FERRELL GRIFFIN      18 U.S.C. § 492 - Forfeiture
                                               18 U.S.C. § 982 - Forfeiture
                                               28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 28, 2012, in Orange County, Florida, in the Middle District of Florida,

**TRAVIS FERRELL GRIFFIN**

the defendant herein, did willfully, and with intent to defraud, keep in his possession and conceal a falsely made, forged, counterfeited, and altered obligation and other security of the United States, that is, Federal Reserve Notes in the denominations of one-hundred dollars ($100) which the defendant then knew to be falsely made, forged, and counterfeited.

All in violation of Title 18, United States Code, Section 472.

### FORFEITURE

1.    The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging

forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982 and 492 and Title 28, United States Code, Section 2461(c).

2. The defendant, **TRAVIS FERRELL GRIFFIN**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982, any and all right, title, and interest he may have in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violations of Title 18, United States Code, Section 472.

3. The defendant, **TRAVIS FERRELL GRIFFIN**, shall also forfeit to the United States of America, pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c), all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed, or used in violation of this chapter or of Sections 331-333, 335, 336, 642 or 1720, of this title, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third

2

      party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Daniel W. Eckhart
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

3

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

TRAVIS FERRELL GRIFFIN

## INDICTMENT

Violations:

18 U.S.C. § 472

A true bill,

_____
Foreperson

Filed in open court this 19th day

of September, 2012.

_____
Clerk

Bail $ _____

GPO 863 525